UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROLLERS T. FLEMING,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

Case No. C09-5678RBL

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4. Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 2nd day of November, 2009.

    J. Richard Creatura
    United States Magistrate Judge

ORDER - 1