UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROLLERS T. FLEMING,<br><br>                  Petitioner,<br><br>        v.<br><br>PAT GLEBE,<br><br>                  Respondent. | Case No. C09-5678RBL<br><br>ORDER ON PENDING MOTIONS, FOR SERVICE OF THE AMENDED PETITION AND DIRECTING RESPONDENT TO FILE AN ANSWER TO THE AMENDED PETITION |

The underlying matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner is petitioning the court for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Two motions are pending in this matter. Having reviewed the motions and the balance of the record, the court finds and orders as follows:

(1).     Petitioner's motion for an extension of time to file an amended petition (Doc. 11) is **DENIED** as being moot. An Amended Petitioner has been submitted. *See* discussion below.

(2).     Petitioner's motion for leave to file an over length petition (Doc. 12) is **GRANTED**. Along with the motion for leave, petitioner has submitted his Amended Petition. The Clerk is directed to docket this Amended Petition.

ORDER - 1

(3).    The clerk shall also arrange for service by certified mail upon the Attorney General for the State of Washington, copies of the Amended Petition, all documents in support thereof.  All costs of service shall be advanced by the United States.  The Clerk shall assemble the necessary documents to effect service.  In addition, the Clerk shall send petitioner a copy of this Order, along with a copy of the Court's General Order regarding pro se litigation.

(4)    Within forty-five (45) days after such service, respondent(s) shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts.  As part of such answer, respondent(s) should state whether petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse or delay under Rule 9.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.  Respondent(s) shall file the answer with the Clerk of the Court and serve a copy of the answer upon petitioner.

(5)    The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon receipt of the answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent my file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

DATED this 22nd day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2