UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROLLERS T. FLEMING
AKA MALEKK X SHABAZZ,

          Petitioner,

    v.

PAT GLEBE,

          Respondent,

Case No. C09-5678RBL

ORDER

This habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

Before the court is Petitioner's motion for an extension of time to file a traverse (Dkt. # 25). Petitioner filed his responsive pleading on June 28, 2010. Therefore, no further extension of time is necessary. The motion is DENIED.

Also before the court is a motion for an evidentiary hearing (Dkt. # 29). The court will consider this matter on the briefing and if a hearing is needed, will order one at that time. The motion is DENIED.

DATED this 9th day of August 2010.

                                        /s/ J. Richard Creatura
                                        J. Richard Creatura
                                        United States Magistrate Judge