# United States District Court

WESTERN DISTRICT OF WASHINGTON

TROLLERS FLEMING,

        v.

PAT GLEBE,

JUDGMENT IN A CIVIL CASE

CASE NO. C09-5678 RBL/JRC

☐    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation;

(2)     The majority of the petition is DISMISSED as procedurally barred. The one exhausted claim regarding ineffective assistance of counsel is without merit; and

(3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his habeas petition.

September 16, 2010                                       WILLIAM M. McCOOL
Date                                                                            Clerk

*s / Mary Trent*
Deputy Clerk