HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MALEKK "X" SHABAZZ, TROLLERS T. FLEMING, | Case No. C09-5678RBL |
| Petitioner/Appellant/Defendant, | USCA No. 10-36020 |
| v. | ORDER |
| PAT GLEBE , Superintendent, | |
| Respondent/Appellee. | |

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion to Appoint Counsel [Dkt. #38].  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The record reflects that on September 16, 2010 this Court entered Judgment in favor of the Respondent.  The Petitioner filed a Notice of Appeal and the instant motion to appoint counsel on November 1, 2010.  The motion to appoint counsel is more properly before the United States Court of Appeals for the Ninth Circuit and will be **STRICKEN** from this Court's motions docket.

**IT IS SO ORDERED.**

1       The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
2  appearing pro se.
3       Dated this 8th day of November, 2010.

                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE